**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PARAMO OROZCO** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 26-cv-8080** |
| **JAMISON et al,** | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 26th day of October 2026, the Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

Hon. Mia R. Perez